

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-10-00224-CV

## IN RE CHARLES D. HADLEY

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Charles D. Hadley seeks a writ of mandamus compelling the Honorable Robert Mayfield, Judge of the Count Court at Law No. 1 of Johnson County, and Cindy Monger, Civil Coordinator for the County Court at Law No. 1, to set a hearing on post-judgment motions he has filed in connection with a parental-rights termination decree and to rule on those motions. We will deny Hadley's mandamus petition because he had an adequate remedy by appeal.

Respondent signed the decree terminating Hadley's parental rights in July 2002. According to Hadley, the termination decree permits him to send written correspondence to the children once per month until they are adopted. The decree also gives the Department of Family and Protective Services "sole discretion" regarding

whether to forward such correspondence to the children if it is deemed "inappropriate in any way." Hadley contends that the Department has not been forwarding his letters to the children.

Hadley filed a motion for a hearing in December 2009 seeking to conduct discovery regarding the Department's failure to comply with this provision of the termination decree. He filed a motion to enforce this provision in March 2010, contending that this provision is "vague and overly broad." By letter dated April 19, 2010, Monger advised Hadley that he had no legal standing because he signed an affidavit relinquishing his parental rights.

Hadley acknowledges in his motion to enforce that, under the terms of the decree, the Department has sole discretion regarding whether to forward his letters to the children. His motion to enforce challenges the validity of this provision.

Hadley could have challenged this provision of the termination decree by direct appeal. "Mandamus is not available if another remedy, though it would have been adequate, was not timely exercised." *See In re Pannell*, 283 S.W.3d 31, 36 (Tex. App.—Fort Worth 2009, orig. proceeding)); *accord In re Carson*, 12 S.W.3d 886, 888 (Tex. App.—Texarkana 2000, orig. proceeding). Accordingly, the mandamus petition is denied.

FELIPE REYNA
Justice

Before Chief Justice Gray,
 Justice Reyna, and
 Justice Davis
Petition denied
Opinion delivered and filed August 25, 2010
[OT06]